1

RECEIVED IN
The Court of Appeals
Sixth District

MAY 0 7 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

MAY 0 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

NO. 06-15-00056-CR
Trial No. 5629-C

Ex parte

Billy MAX Collins

V.

Texas

6th Court of Appeals

Texarkana, Texs

Chief Justice
Josh R. Morriss III

Supplemental Motion
of Argument To Tccp 42.01
and 38.33 VERnon's Ann.

To the Honorable Court and Justicess,
Applicant (Defendant), Petioner would
accert a finial argument of Voidablity
on Cause 5629-c.

IT is undisputed as to ART 42.01
(Judgements) that ART 38.33 was
not Rendered in any form. The
law clearly states thumb print
or 10 finger Roll will accompany
a Vaild Judgement + Sentencing.

Clearly no Date of commencement
was entered on Record under ART
42.01 or thumb print under ART 38.33
NORdoes Judgement + Sentenceing match
Dockett sheet Leaves Rise to 42.01 at
14,18 and 23

questionable. Discreation of
county court. D.A. John Perry and
County Judge Pogue, Both of
whom have Deceased cannot file
(counter Affadavit)

I, Defendant, Petioner, Appellcant,
Billy max does not wish to Bring
a Bad light on either MR. Perry
nor MR. Pogue; however this is
my life; I speak of. while; I am
quite sure when MR. Perry advised
plead guilty, everyone has a couple
of D.W.I.s, The law had not
changed. when he stated he would handl
IT does not change the fact my original
Plea was not guilty. I Pd MR.
Perry cash money; in his office
under the pretense that this
cause 5629-c would not have any
effect on me. IT has been
the start of Illegal conviction's
without any evidence of intoxication
or test to prove beyond a Reasonable
doubt Of guilt. The courts
application of law on DWI's has
became unfounded in the Name
of protecting lives on the Highway

what about the lives of
Hardworking Texans + there
Family's who had there Fathers,
Husbands, Brothers, and Sisters,
taken away what about there lives.

In closing
I do not advocate Drunk
Driving if in fact you cause
a Death do to intoxicated
Driving then only then should
you pay the price of taking
another life. whether your
1st or your 10th makes no
Difference, This Great State
can + should find a better
alternative to protect the
Public Highways.

Thany you much

Billy Max Collins
1884849
1300 Fm 655
Rosharon Tex 77583

May 3rd 2015
Billy Max Collins